IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERVIN J. LEWIS,

    Petitioner,

v.                                                              4:14cv80–WS/GRJ

SECRETARY DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 17, 2014. See Doc. 18. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed. The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

2.  The respondent's motion (doc. 14) to dismiss the petitioner's petition for writ of habeas corpus is GRANTED.

3.  The petitioner's petition (doc. 1) for writ of habeas corpus is DISMISSED.

4.  The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

DONE AND ORDERED this   25th   day of   November  , 2014.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE